DANIEL G. BOGDEN
United States Attorney
WILLIAM R. REED
Assistant United States Attorney
100 West Liberty Street
Suite 600
Reno, Nevada 89501
(775)-784-5438

```
_____ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
                   COUNSEL/PARTIES OF RECORD

         JUN 1 0 2011

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>RONALD DEAN COLLINS,<br><br>Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

3:10-cr-0048-LRH-(VPC)
**MOTION TO DISMISS COUNTS ONE,
TWO, AND FOUR PURSUANT TO
PLEA AND SENTENCING**

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and William R. Reed, Assistant United States Attorney, pursuant to the plea agreement in this matter, hereby moves to dismiss Counts One, Two and Four of the Indictment, in view of the fact that the defendant has been convicted and sentenced by the Court on June 8, 2011 as to Count Three of the Indictment.

DATED this 8th day of June, 2010.

DANIEL G. BOGDEN
United States Attorney

/s/
_____
WILLIAM R. REED
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| vs. | ) | 3:10-cr-0048-LRH-(VPC) |
| RONALD DEAN COLLINS, | ) | |
| Defendant. | ) | |

I, William Reed, certify that the following individuals were served on this date by the below identified method of service:

<u>Electronic Case Filing</u>                            <u>U.S. Mail</u>

Jack Fox, Esq.
317 South Arlington Avenue
Reno, NV 89501

DATED: June 8, 2011

                                              /s/
                                    WILLIAM R. REED
                                    Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### -oOo-

UNITED STATES OF AMERICA )
)
          Plaintiff, )
)
vs. )    3:10-cr-0048-LRH-(VPC)
)
RONALD DEAN COLLINS, )
)
          Defendant. )
)
_____)

## ORDER

Based upon the Government's motion, pusuant to the plea agreement in this matter, and in view of the fact that the defendant has been convicted and sentenced by the Court on June 8, 2011 as to Count Three of the Indictment, good cause appearing, therefore,

IT IS SO ORDERED that Counts One, Two and Four of the Indictment are DISMISSED.

DATED this __9__ day of June, 2011.

UNITED STATES DISTRICT JUDGE